> Motion GRANTED. Hearing reset for 9/21/12 at 2:00 PM.
>
> /s/ Judge Trauger

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:11-cr-00162 |
| | ) | JUDGE TRAUGER |
| KRISTOPHER T. WILLIAMS | ) | |

MOTION TO CONTINUE

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, moves to have the sentencing hearing in this case continued from August 30, 2012. The undersigned makes this request as the U.S. Probation Officer, Donna Jackson, had previously received a subpoena to appear in state court and does not know how long that matter will take. Thus the government respectfully requests a continuance to another date convenient for this Court.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Isaiah Gant, Assistant Federal Public Defender, on this the 27th day of August, 2012.

s/ S. Carran Daughtrey
S. Carran Daughtrey