PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Kristopher T. Williams         Case Number: 3:11-00162

Name of Judicial Officer: Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: February 16, 2012

Original Offense: 18 USC § 2250(a) Failure to Register Under Sex Offender Registration and Notification Act

Original Sentence: 15 months' custody and 10 years' supervised release

Date of Revocation Sentence: October 4, 2012

Revocation Sentence: Six months' custody and previously imposed 10 years' supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: July 6, 2012

Assistant U.S. Attorney: S. Carran Daughtrey    Defense Attorney: Isaiah S. Gant

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 1st day of Oct., 2014, and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Donna Jackson
U.S. Probation Officer

Place           Nashville, Tennessee

Date            September 30, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The Defendant shall not possess, view, listen, purchase, or obtain any form of sexually stimulating material or sexually oriented material.**

    During the pre-interview phase of a polygraph test conducted on August 12, 2014, Mr. Williams admitted he watched an "R" rated movie containing nudity and sexually stimulating material.

2. **The Defendant shall not associate with children under the age of 18 nor frequent, volunteer, or work at places where children congregate unless approved by the probation officer.**

    Mr. Williams reported on the polygraph test administered on August 12, 2014, that he had telephone contact with his minor niece and nephew. This contact was not approved by the probation officer.

### Compliance with Supervision Conditions and Prior Interventions:

Other than the violation behavior listed above and the prior violations adjudicated in the revocation sentence of October 4, 2012, the offender has been otherwise compliant with all standard and special conditions of supervision. This probation officer met with Mr. Williams after reviewing the results of the polygraph. Mr. Williams was redirected as to the conditions of his supervision and the importance of following those conditions. He acknowledged the violations and advised he understood the risk associated with not adhering to the conditions of supervision. Mr. Williams was placed in sex offender specific treatment in August 2012. He attends a one-hour group session every week and one-hour individual session monthly. His treatment provider advises Mr. Williams is doing well and making progress in treatment.

### U.S. Probation Officer Recommendation:

It is respectfully requested that no action be taken by the Court at this time, however, should there be further violations requiring Court action, it is requested that these matters be heard at that time. The probation office thinks it would be in the best interest of Mr. Williams to continue in treatment and address the violation issues.

Assistant United States Attorney S. Carran Daughtrey has been consulted and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer